■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE SOLIS, Appellant. [755 NYS2d 270] —Appeal by the defendant from a judgment of the County Court, Orange County (Rosenwasser, J.), rendered February 25, 2000, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's plea of guilty was knowingly, intelligently,

and voluntarily entered (*see People v Harris,* 61 NY2d 9 [1983]). The County Court properly denied the defendant's motion to vacate his plea without a hearing, as his conclusory allegations of innocence and of ineffective assistance of counsel were contradicted by the record and were insufficient to warrant vacatur of the plea (*see People v Frederick,* 45 NY2d 520 [1978]; *People v Potter,* 294 AD2d 603 [2002], *lv denied* 98 NY2d 771 [2002]). Altman, J.P., Smith, Luciano, Adams and Cozier, JJ., concur.